**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ENA RENE JOHNSON, *pro se* | § | |
| | § | |
| v. | § | Case No. 2:17-CV-00261-JRG-RSP |
| | § | |
| MARK ZUCKERBERG, FACEBOOK; | § | |
| AND WARNER BROS. ENT. | § | |

## <u>ORDER</u>

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne, recommending that Ms. Johnson's claims against all defendants be dismissed with prejudice. *See* Dkt. No. 30. For dispositive matters referred to a magistrate judge, the district court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). "The district judge may accept, reject, or modify the recommend disposition." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). Upon de novo review of the objected to portions of Judge Payne's findings, conclusions, and recommendation, the Court finds no reason to reject or modify the recommended disposition.

Accordingly, **IT IS ORDERED**:

(1) Ms. Johnson's objections, Dkt. Nos. 31 and 32, are **OVERRULED**.

(2) The Magistrate Judge's Report and Recommendation, Dkt. No. 30, is **ADOPTED**.

(3) Mr. Zuckerberg's motion to dismiss, Dkt. No. 24, is **GRANTED**.

(4) Plaintiff's motion to appoint counsel, Dkt. 21, is **DENIED**.

(5) Plaintiff's claims against all other defendants are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 9th day of November, 2017.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE